```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
                   Civil Action No. 08-334        RECEIVED
                                                  JAN 08 2009

                                                  JOEL SCHNEIDER
                                                  U.S. Magistrate Judge
------------------------------------
In Regard to the Matter of:

Bayside State Prison              OPINION/REPORT
Litigation                           OF THE
                                  SPECIAL MASTER
ROBERT GREENHALGH

           -vs-

WILLIAM H. FAUVER, et al,

        Defendants.
------------------------------------




                  *      *      *      *

              FRIDAY, DECEMBER 12, 2008

                  *      *      *      *




BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER
```

```
 1
 2
 3
 4              Transcript of proceedings in the above
 5   matter taken by Theresa O. Mastroianni, Certified
 6   Court Reporter, license number 30X100085700, and
 7   Notary Public of the State of New Jersey at the
 8   United States District Court House, One Gerry Plaza,
 9   Camden, New Jersey, 08102, commencing at 1:15 PM.
10
11
12
13
14
15
16
17
18              MASTROIANNI & FORMAROLI, INC.
19         Certified Court Reporting & Videoconferencing
20                  251 South White Horse Pike
21                    Audubon, New Jersey 08106
22                         856-546-1100
23
24
25
```

```
 1
 2    A P P E A R A N C E S:
 3
 4         ROSELLI & GRIEGEL, PC
           BY:  MARK ROSELLI, ESQUIRE
 5              - and -
           BY:  CHARLES J. MOORE, ESQUIRE
 6         1337 STATE HIGHWAY 33
           HAMILTON SQUARE, NEW JERSEY  08690
 7         609-586-2257
           ATTORNEYS FOR THE DEFENDANTS
 8
 9
           LOUGHRY & LINDSAY, ESQUIRES.
10         BY:  JUSTIN T. LOUGHRY, ESQUIRE
           330 MARKET STREET
11         CAMDEN, NEW JERSEY 08102
           856-968-9201
12         ATTORNEYS FOR THE PLAINTIFFS
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1          JUDGE BISSELL:  I'm reopening
2   proceedings in the case of Robert Greenhalgh docket
3   number 08-334.
4          This opinion/report is being issued
5   pursuant to the directives of the Order of Reference
6   to a Special Master and the Special Master's
7   Agreement and the guiding principles of law which
8   underlie this decision to be applied to the facts
9   upon which it is based as set forth in the jury
10  instructions in the Walker and Mejias jury charges to
11  the extent applicable to the allegations of Mr.
12  Greenhalgh.
13         As finalized after review under Local
14  Civil Rule 52.1, this transcript will constitute the
15  written report required under paragraph seven of the
16  Order of Reference to a Special Master.
17         Mr. Greenhalgh talks essentially about
18  two incidents, one of them involving his cell
19  extraction from A Unit which occurred on or about the
20  second of August and another involving an incident in
21  the shower at a later time.  As far as the events of
22  August 2nd with the extraction of the inmates from A
23  Unit, Mr. Greenhalgh has given so many versions of
24  the events of that day, some of them under oath which
25  he later acknowledged were false, that his

1  credibility as to that is completely undermined.
2              Frankly, I have no reluctance
3  whatsoever to apply the false in one false in all
4  analysis there because he did, indeed, by his own
5  admission, testify falsely as to a material matter.
6  And I'll just take a brief moment to review these.  I
7  may expand this analysis in the final written opinion
8  under local Rule 52.1.
9              At trial on the 22nd of April of '08 he
10 testified that he had been knocked down in his cell.
11 He made no references to any events occurring on his
12 walk to the gymnasium.  He said that upon arrival in
13 the gym he was punched in the stomach, thrown into a
14 head lock and twisted and at that point struck in the
15 side in the vicinity of his left knee causing an
16 injury to that knee.
17             Indeed, there is a contemporaneous
18 medical record, D-237, which shows he did have a
19 complaint about his knee on the fourth of September
20 of '97 and with knee strain for which he was provided
21 Motrin.
22             At his deposition, however, on the 19th
23 of June, 2002 he testified, and of course I'm
24 summarizing, that approximately ten officers came
25 into his cell on the date of extraction, forced him

1  to the floor, kicked him, punched him, slapped him,
2  grabbed his arms and legs, squeezed his arms behind
3  his back and pushed his head into the ground.  At his
4  trial testimony at page 173, he said that didn't
5  happen.
6              In his deposition under oath, he said
7  that a hundred cops were lined up on the way to the
8  gym, they cursed and hit him on his way to the gym
9  all along the line.
10             Page 180 of his transcript before the
11 court he said it didn't happen and that he was not
12 telling the truth then.  Once again, of course, he
13 had been under oath at the time.
14             His deposition testimony, of course,
15 had also mentioned the head lock at the gym and the
16 banging into his knees in the plural while his
17 handcuffs were taken off.
18             In his sworn answers to
19 interrogatories, Exhibit D-239, he stated that he had
20 been beaten by the guards on the gauntlets, again,
21 acknowledging at the trial that that wasn't true.
22             He had stated that he had had injuries
23 to both knees from being struck.  Acknowledged, no,
24 it was only his left knee.  And his allegations in
25 the sixth amended complaint mirrored the

1    interrogatories.

2            Looking through all of this and piecing
3    together what might or might not have happened, there
4    is considerable inconsistency, admitted false
5    testimony under oath, and some level of consistency
6    with regard to a head lock and a knee injury at the
7    door of the gym.  Nevertheless, the admitted falsity
8    under oath of his other testimony here, as I said,
9    completely neutralizes any credibility that he might
10   have with regard to the other events supposedly
11   occurring at the gym.  One suspects, frankly, that
12   the next time around we'll get yet another version of
13   these events.

14           Accordingly, I find that as to the
15   incidents regarding his extraction on or about the
16   second of August, 1997, that he's failed to establish
17   his burden of proof by a preponderance of the
18   credible evidence.  In fact, his admitted false
19   statements under oath completely scuttle his
20   credibility in that regard.

21           I now turn to the alleged incident in
22   the shower in which he states, in summary, that upon
23   being backed out of the shower he was touched in the
24   area between each of his buttocks by a baton for
25   approximately a second by one of the SOG officers.

1       While I find that that is, indeed,
2  embarrassing, that it could well generate emotional
3  shock, so to speak, it is at the very most a minimal
4  assault.  It inflicted absolutely no physical injury
5  whatsoever, not even deminimis physical injury and,
6  therefore, under the law in Section 1983 actions and
7  particularly those involving alleged excessive use of
8  force in violation of the Eighth Amendment, he has no
9  basis for the recovery of what are essentially
10 emotional damages here.  There was not sufficient
11 physical touching or physical injury to support such
12 a recovery.  Under all the circumstances, therefore,
13 assuming for the purpose of the record that he has
14 accurately and consistently described the events
15 occurred upon his extrication from the shower, Mr.
16 Greenhalgh has failed to establish a cause of action
17 based on that event.
18      Finally, although not every item of
19 evidence has been discussed in this opinion/report,
20 all evidence presented to the Special Master was
21 reviewed and considered.  For the reasons set forth
22 above, I recommend in this report that the district
23 court enter an order and judgment of no cause for
24 action with regard to Robert Greenhalgh.
25

```
 1                    C E R T I F I C A T E

 2

 3        I, Theresa O. Mastroianni, a Notary Public and

 4   Certified Shorthand Reporter of the State of New

 5   Jersey, do hereby certify that the foregoing is a

 6   true and accurate transcript of the testimony as

 7   taken stenographically by and before me at the time,

 8   place, and on the date hereinbefore set forth.

 9        I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18

19        _____
          Theresa O. Mastroianni, C.S.R.
20        Notary Public, State of New Jersey
          My Commission Expires May 5, 2010
21        Certificate No. XI0857
          Date: January 2, 2009
22

23

24

25
```