UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

ROBERT GREENHALGH

            Plaintiff(s)     :   **JUDGMENT**

(vs)                         :   Civil #08-00334 (RBK)

BAYSIDE STATE PRISON, ET AL.  :

           Defendant(s)

---

The Hon. John Bissell, Special Master, appointed by this Court having found on December 12, 2008, and no timely objection having been filed,

IT IS, on this ⁄ day of January, 2009

ORDERED that the report of Hon. John Bissell dated December 12, 2008 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Robert Greenhalgh**.

                                       _____
                                       HON. ROBERT B. KUGLER, U.S.D.J.